### JONES *v.* MAYOR AND COUNCIL OF MACON.

FISH, J. This case is controlled by the decision, this day rendered, in *Johnson v. Macon*, ante.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Argued November 18, — Decided December 19, 1901.

Certiorari. Before Judge Felton. Bibb superior court. August 5, 1901.

*Guerry & Hall*, for plaintiff in error.
*Minter Wimberly*, contra.